# Court of Appeals
# of the State of Georgia

ATLANTA,___March 10, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1078. TIMOTHY BO REESE v. THE STATE.**

In November 2013, Timothy Bo Reese pled guilty to aggravated assault and DUI. He was given a partially probated sentence, and one of the conditions of probation was banishment from the Ocmulgee Judicial Circuit during the term of probation. In October 2015, Reese filed a motion for sentence modification, asking the trial court to remove the banishment condition. The court denied his motion, and Reese appeals.[1] We lack jurisdiction.

Under OCGA § 17-10-1 (f), a trial court may modify a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. See *Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010); *Burg v. State*, 297 Ga. App. 118, 118 (676 SE2d 465) (2009). Once this statutory period expires, a trial court may modify a sentence only if it is void. See *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). And a sentence is void only if it imposes punishment that the law does not allow. *Von Thomas v. State*, 293 Ga. 569, 571 (748 SE2d 446) (2013).

In his motion, Reese asked the court to exercise its discretion to remove the banishment condition out of fairness. But "[a]ssertions taking issue with the procedure employed in imposing a valid sentence or questioning the fairness of an imposed sentence do not allege a sentence is void." (Citation and punctuation omitted.) *Coleman v. State*, 305 Ga. App. 680, 680-681 (700 SE2d 668) (2010).

---

[1] Reese appealed to the Supreme Court, which transferred the matter here upon finding no basis for subject matter jurisdiction there.

Accordingly, Reese's motion did not raise a colorable void-sentence argument, the trial court had no power to grant the motion, and Reese is not entitled to appellate review of the order denying it. See id. This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*____03/10/2016____
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*